UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*LHF Productions, Inc. v John and Jane Doe 1-29*

Case No.

**COMPLAINT**

**Exhibit A**: IP addresses for Doe Defendants

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | Province |
|---|---|---|---|---|---|---|---|
| 1 | 68.3.191.235 | 2016-06-14 00:05:15 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 2 | 70.166.100.4 | 2016-06-12 23:40:30 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 3 | 72.222.189.173 | 2016-06-12 06:49:25 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 4 | 68.106.249.172 | 2016-06-08 10:52:06 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 5 | 68.225.207.122 | 2016-06-07 21:10:10 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 6 | 70.162.206.43 | 2016-06-07 18:00:48 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 7 | 72.208.96.164 | 2016-06-07 00:11:57 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 8 | 72.200.64.105 | 2016-06-06 05:24:52 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Pima County |
| 9 | 70.171.233.17 | 2016-06-06 04:47:06 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 10 | 98.174.225.219 | 2016-06-06 01:16:34 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 11 | 70.176.121.228 | 2016-06-05 22:15:21 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Cochise County |
| 12 | 68.3.50.58 | 2016-06-05 06:25:20 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 13 | 70.166.98.89 | 2016-06-05 05:20:42 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 14 | 70.162.41.156 | 2016-06-05 04:20:16 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 15 | 98.174.251.91 | 2016-06-05 03:05:39 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 16 | 72.200.110.39 | 2016-06-05 02:09:36 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 17 | 24.56.60.181 | 2016-06-04 23:26:59 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Pima County |
| 18 | 70.190.66.185 | 2016-06-04 19:20:21 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 19 | 68.230.24.165 | 2016-06-04 07:17:43 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 20 | 98.177.150.22 | 2016-06-04 05:10:13 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 21 | 68.106.4.102 | 2016-06-03 21:32:50 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Cochise County |
| 22 | 70.162.199.223 | 2016-06-03 18:42:23 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 23 | 98.167.132.145 | 2016-06-03 12:42:17 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 24 | 68.2.220.251 | 2016-06-03 05:16:17 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 25 | 24.251.76.152 | 2016-06-03 03:52:50 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 26 | 68.98.63.137 | 2016-06-02 08:12:29 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 27 | 68.110.65.231 | 2016-06-01 14:57:46 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |
| 28 | 68.110.0.169 | 2016-06-01 11:56:58 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Pima County |
| 29 | 184.176.123.25 | 2016-06-01 10:31:46 | London Has Fallen (2016) [1080p] [YTS.AG] | SHA1: 632613270A1D1F66429CA070C9ED5CB980357471 | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*LHF Productions, Inc. v John and Jane Doe 1-29*

Case No.

**COMPLAINT**

**Exhibit B**: Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

**Effective Date of Registration:**
March 14, 2016

## Title

| | |
|---|---|
| Title of Work: | London Has Fallen |
| Previous or Alternate Title: | Olympus Has Fallen Sequel |
| Nature of Claim: | original motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 04, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | LHF Productions, Inc. |
| Author Created: | entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-789-521, 2014 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |

Date:   March 04, 2016

**Correspondence:**   Yes