# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unknown Parties,<br><br>　　　　Defendant. | No. CV-16-02866-PHX-DJH<br><br>**ORDER** |

The Court, having reviewed the Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 6), and good cause appearing therefore,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 6) is **GRANTED** as follows:

1. Plaintiff may immediately serve subpoenas pursuant to Fed. R. Civ. P. 45 upon the ISPs Plaintiff identifies that can provide the true name and address of each of the 29 Doe Defendants that Plaintiff has identified in Exhibit A of its Complaint.

2. Any ISP so served shall have seven (7) calendar days after service of any subpoenas to notify subscriber(s) that their identity(ies) have been subpoenaed by Plaintiff. Each subscriber whose identity has been subpoenaed shall have twenty-one (21) calendar days from the date of such notice to file a responsible pleading or motion to quash.

3. Any information disclosed to Plaintiff in response to any subpoena issued pursuant to this order may not be used for any improper purpose and may only be used

for protecting this right under the Copyright Act, 17 U.S.C. § 101, *et seq.*, as the Complaint alleges.

Dated this 14th day of September, 2016.

Honorable Diane J. Humetewa
United States District Judge