Steven C. Vondran, SBN 025911
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
2415 E. Camelback Road, Suite 700
Phoenix, AZ  85016
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP Address **70.171.233.17 / 68.106.4.102 / 68.110.0.169**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARICOPA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation, | No. CV-16-02866-DJH |
| Plaintiff, | **NOTICE OF APPEARANCE FOR IP ADDRESS: 70.171.233.17 / 68.106.4.102 / 68.110.0.169** |
| vs. | |
| John and Jane Doe 1-29, | |
| Defendants. | |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP address **70.171.233.17 / 68.106.4.102 / 68.110.0.169**

DATED this <u>18th</u> day of October , 2016.

THE LAW OFFICES OF STEVEN VONDRAN, **P.C.**

By <u>/S/  Steve Vondran</u>
         Steven C. Vondran, Esq.
        *Attorneys for IP Address 98.165.54.203*

**ORIGINAL** of the foregoing *e-filed* this <u>18th</u> day of October 18, 2016, with:

Clerk of the Court
UNITED STATES DISTRICT COURT

/ / /

/ / /

1

2 **COPY** *delivered* this date via PACER Court to:

3

4 The Honorable Douglas L. Rayes
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 526

5 401 West Washington Street, SPC 79
Phoenix, Arizona 85003-2162

6

7 **COPY** *mailed* this date to:

8 Kercsmar & Feltus PLLC
7150 East Camelback Rd, Suite 285

9 Scottsdale, Arizona  85251
Attn: Mr. Gregory B. Collins

10 *Attorneys for Plaintiff*

11 /S/  Lisa Vondran

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28